Opinion filed December 21, 2006 















 
 
  
 
 







 
 
  
 
 




Opinion filed December 21, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-06-00046-CR 

                                                    __________

 

                                    ROCKY
JOE MAXEY, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS,
Appellee

 



 

                                        On
Appeal from the 142nd District Court

 

                                                         Midland
 County, Texas

 

                                                 Trial
Court Cause No. CR30478

 



 

                                                                   O
P I N I O N








The
State has filed in this case a motion to dismiss the appeal pursuant to Tex. R. App. P. 42.4.  The motion is supported by an affidavit and
complies with the requirements of Rule 42.4. 
On the face of the affidavit, it is apparent that Rocky Joe Maxey did
not voluntarily return to custody.  We
agree with the State=s contention that appellant=s flight while fitted with a Secure
Continuous Remote Alcohol Monitor is an Aescape@ under the Texas Rules of Appellate
Procedure.  See Luciano v.
State, 906 S.W.2d 523, 524-25 (Tex. Crim. App. 1995); Ike v. State,
998 S.W.2d 323, 324 (Tex.  App.CHouston [1st Dist.] 1999, no pet.); Porras
v. State, 966 S.W.2d 764, 765 (Tex. App.C
Amarillo 1998, no pet.).  The motion is
granted.

The
appeal is dismissed.

 

PER
CURIAM

 

December 21, 2006

Do not publish.  See
Tex. R. App. P. 47.2(b).

Panel
consists of:  Wright, C.J.,

McCall,
J., and Strange, J.